**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**


**NICHOLAS PAGAN,**

      **Plaintiff**                    **Case Number:** 1:26-cv-23274-KMM

**V.**

**THE SWATCH GROUP (U.S.) INC.**

    **Defendant**

_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action without prejudice as to all named Defendants and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

                         Respectfully submitted,


Dated: May 29, 2026                  */s/ Alberto R. Leal*.
                              Alberto R. Leal, Esq., P.A.
                              Florida Bar No.: 1002345
                              E-Mail: albertolealesq@gmail.com
                              Phone: 954-637-1868